# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER PEMBERTON,**

      **Plaintiff,**

v.                                                   Case No: 6:22-cv-725-PGB-DCI

**UNITED OF OMAHA LIFE INSURANCE COMPANY,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed November 23, 2022 (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant United of Omaha Life Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 23, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties